THE STATE, EX REL. KIRTZ, APPELLANT, *v.* CORRIGAN, JUDGE, APPELLEE.

[Cite as State, ex rel. Kirtz, *v.* Corrigan (1989), 47 Ohio St. 3d 45.]

(No. 88-1183—Submitted October 24, 1989—Decided November 29, 1989.)

*Russell P. Kirtz, pro se.*
*Daniel O. Corrigan, pro se.*

Upon review of the matter presented to us, we find that appellant, Russell R. Kirtz, has stated a claim for relief. The judgment of the court of appeals dismissing appellant's complaint in mandamus is reversed and this cause is remanded to that court for further proceedings.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.